TRADE–A–HOME, INC. v. JERRY J. SPACEK AND
MARGARET M. SPACEK, HIS WIFE.

March 15, 1982.

The Court having determined that certification was improvidently granted; it is ORDERED that the within appeal be and hereby is dismissed. Justices Clifford, Schreiber and Pollock would reverse the judgment of the Appellate Division.

STATE OF NEW JERSEY v. WILBERT McCLARY.

March 16, 1982.

Petition for certification denied.

STANLEY SWITLIK AND WANDA SWITLIK v. HARDWICKE'S
NEW JERSEY PRESERVES, INC.

March 16, 1982.

Petition for certification denied.

JOSEPH MANZO v. MORTIMER GENDEL.

March 16, 1982.

Petition for certification denied.